FRANK L. PINEO, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 22, 1885; decided May 8, 1885.)

*Edward Harris* for appellant.

*Quincy Van Voorhis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

HORACE K. THURBER et al., Appellants, *v.* WILLIAM HUGHES, Respondent.

(Argued April 23, 1885; decided May 8, 1885.)

*Nelson Smith* for appellants.

*Almon Goodwin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.